FILED

OCT 29 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| In the Matter of<br>**CERTAIN DEVICES HAVING ELASTOMERIC GEL AND COMPONENTS THEREOF** | **MISC ACTION NO.** 10-622 RMU<br><br>**ORDER/COMMISSION/LETTERS ROGATORY FOR DEPOSITIONS IN JAPAN** |

**DEPOSITION ORDER**

**TO: ANY CONSUL OR VICE CONSUL
OF THE UNITED STATES OF AMERICA
AT TOKYO AND OSAKA-KOBE, JAPAN:**

Upon the motion of Complainant Interactive Life Forms, Inc. ("FSI") in *Certain* Devices *Having Elastomeric Gel and Components Thereof*, Investigation No. 337-TA-732, before International Trade Commission ("ITC"), and pursuant to Article 17 of the Japan–United States Consular Convention, it is hereby ordered that the depositions on notice of the following witnesses, all of who will appear voluntarily, be taken at the United States Consulate General in Osaka-Kobe, Japan commencing on or about November 6, 2010, at 9:00 a.m. and terminating on or about December 16, 2010, at 5:00 p.m. and that any documentary exhibits in connection therewith be marked accordingly. Pursuant to Federal Rule of Civil Procedure 28(b)(1)(D), any Consul or Vice consul of the United States of America at Osaka-Kobe, Japan, is hereby commissioned to administer any necessary oath and take testimony.

**Witnesses Affiliated with Tenga Co., LTD:**

Tsutomu Matsuura (President)
Masanobu Sato (Director)
Takashi Matsuura (Manager, Public Relations Division)
Tsuyoshi Yoshida (Manager, International Division)
Tsuneki Sato (Staff, International Division)

**Business-Entity Witnesses**

Tenga Co., LTD
Interactive Life Forms, LLC

Listed below are the full names of other persons who may participate in said depositions.

**Counsel For Complainant, Interactive Life Forms, LLC**

Alan D Albright (attorney, Bracewell & Giuliani LLP)
Betty H. Chen (attorney, Bracewell & Giuliani LLP)
Brian C. Nash (attorney, Bracewell & Giuliani LLP)

**Counsel For Respondents Tenga Co., LTD**

Brain Wunder (attorney, Osha Liang LLP)
Louis Bonham (attorney, Osha Liang LLP)
Ralph A. Mittelberger (attorney, Arent Fox LLP)
Yuichi Watanabe (attorney, Osha Liang LLP)
Katsuyuki Ninomiya (attorney, Osha Liang LLP )

**Counsel For the United States International Trade Commission**

Erin D.E. Joffre (Investigative Staff Attorney)

In addition, court reporters, videographers, and/or translators will also participate.

Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under seal and make return thereof to this Court with all convenient speed. Alternately, the parties may agree in writing to have the transcripts prepared and distributed among the parties by the Stenographer/Court Reporter without further Consulate involvement.

In order to comply with Japanese Embassy requirements and statutory limitations on ITC investigations, Applicant respectfully requests the Court to assign a Judge and, if needed, schedule an expedited hearing for filing of this order.

Date: October 28, 2010

Respectfully submitted,

Valyncia R. Simmons (DC Bar #974115)
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
Telephone: (202) 828-7625
Facsimile: (202) 857-4822
E-mail: valyncia.simmons@bgllp.com

***Counsel for Complainant***
***Interactive Life Forms, Inc.***

**WITNESS,** the Honorable Ricardo M. Urbina, United States Judge of the United States District Court, District of Columbia, this 29th day of October 2010.

UNITED STATES JUDGE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

I hereby certify that the signature above is that of the Honorable ______________________
United States Judge of the United States District Court for the District of Columbia.

**Angela D. Caesar-** Clerk of the Court

Dated: _______________ Seal:

By: ______________________________ - Deputy Clerk